# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2014

## NO.  03-13-00780-CR

**Andra Lamont Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED ON STATE'S MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment rendered by the trial court.  The State has filed a motion to dismiss the appeal.  The Court has considered the motion to dismiss and concludes that the motion should be granted.  Therefore, in accordance with this Court's opinion, the appeal is dismissed.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.